IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AL RAGO, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Case No. 3:19-cv-1009 |
| v. | ) | |
| | ) | District Judge Richardson |
| J & J EXOTIC AUTOMOTIVE | ) | |
| GROUP INC., d/b/a MUSIC CITY | ) | Magistrate Judge Newbern |
| DREAM CARS, et al., | ) | |
| | ) | JURY DEMAND |
|    Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Al Rago and Defendants Jason Ridgel and J & J Exotic Automotive Group Inc. d/b/a Music City Dream Cars (collectively, "Defendants") jointly stipulate to the dismissal **without prejudice** of Rago's claims against Defendants. The parties have resolved their dispute via a Settlement Agreement and Release.

As part of their settlement, the parties have agreed to submit any dispute regarding performance of the Agreement to this Court for determination. The parties therefore request that this Court dismiss this case without prejudice and permit either party to reopen the case to resolve disputes until the Agreement is fully performed.

Dated: June 19, 2020.   Respectfully submitted,

/s/ *N. Chase Teeples*
N. Chase Teeples
Charles P. Yezbak, III
YEZBAK LAW OFFICES PLLC
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
teeples@yezbaklaw.com
yezbak@yezbaklaw.com

*Attorneys for Plaintiff*

/s/ *James A. Crumlin, Jr.*
James A. Crumlin, Jr. (19760)
Shea T. Hasenauer (35616)
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
jcrumlin@bonelaw.com
shasenauer@bonelaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I filed this document, *Joint Stipulation of Dismissal Without Prejudice*, using the Court's CM/ECF system. The ECF system sent notice to the following counsel of record:

James A. Crumlin, Jr. (19760)
Shea T. Hasenauer (35616)
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
jcrumlin@bonelaw.com
shasenauer@bonelaw.com

*Counsel for Defendant*

/s/ *N. Chase Teeples*
N. Chase Teeples