# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Al Rago

                Plaintiff,

v.                                      Case No.: 3:19−cv−01009

J&J Exotic Automotive Group Inc., et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/22/2020 re [35].

                                                        Kirk L. Davies
                                             s/ Vanessa Haines, Deputy Clerk